IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., WYETH LLC, WYETH PHARMACEUTICALS INC., and PF PRISM C.V., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 12-808-SLR (Consolidated) |
| APOTEX, INC., et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 18, 2014, a copy of the Expert Report of Raj Suryanarayanan, Ph.D., Regarding Non-Infringement was served on the following counsel in the manner indicated below:

**BY EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Dimitrios T. Drivas
Adam Gahtan
Brendan G. Woodard
Jayashree Mitra
Ryan P. Johnson
Michelle Lee
Laura Moran
Eric Majchrzak
Michael Wang
Amit Thakore
Theresa Tran
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

ddrivas@whitecase.com
agahtan@whitecase.com
bwoodard@whitecase.com
jmitra@whitecase.com
rjohnson@whitecase.com
michelle.lee@whitecase.com
eric.majchrzak@whitecase.com
lmoran@whitecase.com
mwang@whitecase.com
athakore@whitecase.com
ttran@whitecase.com

Date:  April 21, 2014                PHILLIPS, GOLDMAN & SPENCE, P.A.


/s/ Megan C. Haney
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Ltd.*