IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WYETH LLC, WYETH PHARMACEUTICALS INC., and PF PRISM C.V.,<br><br>      Plaintiffs,<br><br>   v.<br><br>APOTEX INC., *et al.*,<br><br>      Defendants | C.A. No. 12-808 (SLR)<br>**(CONSOLIDATED)** |

## NOTICE OF DEPOSITION OF RAJ SURYANARAYANAN, PH.D.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiffs Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc., and PF Prism C.V. (collectively, "Pfizer"), by and through their attorneys, will take the deposition upon oral examination of Raj Suryanarayanan, Ph.D. at the offices of Marshall Gerstein & Borun LLP, 233 South Wacker Drive, 6300 Willis Tower, Chicago, Illinois 60606, commencing at 9:00 a.m. on June 11, 2014. The deposition shall be taken for the purpose of discovery or for use as evidence in this action pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court and shall be taken before a notary public or other officer duly authorized to administer oaths and take testimony.

The deposition will be recorded by stenographic means and will continue from day to day until completed. You are invited to attend and cross examine.

                                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                */s/ Maryellen Noreika*

                                                                Jack B. Blumenfeld (#1014)
                                                                Maryellen Noreika (#3208)
                                                                1201 North Market Street
                                                                P.O. Box 1347
                                                                Wilmington, DE 19899
                                                                (302) 658-9200
                                                                jblumenfeld@mnat.com
                                                                mnoreika@mnat.com

OF COUNSEL:                          *Attorneys for Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc. and PF Prism C.V.*

Dimitrios T. Drivas
Adam Gahtan
Brendan G. Woodard
Ryan P. Johnson
Jayashree Mitra
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

June 4, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 4, 2014, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Ltd. d/b/a Zydus Cadila* | *VIA ELECTRONIC MAIL* |
| Scott B. Feder, Esquire<br>Michael J. Gaertner, Esquire<br>David B. Abramowitz, Esquire<br>Carolyn A. Blessing, Esquire<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Ltd. d/b/a Zydus Cadila* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)