IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 12-808 (SLR) |
| ) | (Consolidated) |
| APOTEX, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2014, the Supplemental Expert Report of Raj Suryanarayanan, Ph.D. Regarding Noninfringement was served on the following counsel in the manner indicated below:

**BY EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com


Dimitrios T. Drivas
Adam Gahtan
Brendan G. Woodard
Jayashree Mitra
Ryan Johnson
Michelle Lee
Laura Moran
Eric Majchrzak
Amit H. Thakore
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

ddrivas@whitecase.com
agahtan@whitecase.com
bwoodard@whitecase.com
jmitra@whitecase.com
rjohnson@whitecase.com
mlee@whitecase.com
lmoran@whitecase.com
emajchrzak@whitecase.com
athakore@whitecase.com


Date:   July 30, 2014                             PHILLIPS, GOLDMAN & SPENCE, P.A.


                                                  */s/ Megan C. Haney*
                                                  John C. Phillips, Jr. (No. 110)
                                                  Megan C. Haney (No. 5016)
                                                  1200 North Broom Street
                                                  Wilmington, DE 19806-4204
                                                  (302) 655-4200
                                                  jcp@pgslaw.com
                                                  mch@pgslaw.com

                                                  *Attorney for Zydus Pharmaceuticals (USA), Inc.*
                                                  *and Cadila Healthcare Limited*